UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

     Plaintiff,

                                Criminal No. 21-cr-21041

v.

                                Honorable Judith E. Levy

Danny Jo Thompson II,

     Defendant.

                              /

**GOVERNMENT'S MOTION, SUPPORTING BRIEF
AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT**

The United States of America hereby moves for an order unsealing the

Indictment and Arrest Warrant  in this case, and states:

1.  The Indictment and Arrest Warrant in this case charges the Defendant

    with one or more federal crimes.

2.  Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which

    authorizes this Court to seal indictments, implicitly authorizes this Court

    to unseal indictments.

3.  The government requests that the Indictment and Arrest Warrant be

    unsealed because defendant has been arrested and is entitled to receive a

    copy of the Indictment and Arrest Warrant.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

Respectfully submitted,

Saima S. Mohsin
Acting United States Attorney


*s/Hank Moon*
Hank Moon  DC 1026010
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
hank.moon@usdoj.gov
(313) 226-0220

Dated:  April 1, 2021


**IT IS SO ORDERED.**

Anthony P. Patti
United States Magistrate Judge


Entered:   April 1, 2021