UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

v.

Danny Jo Thompson II,

Defendant.

Case No. 21-20141

Violations:
18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(o)
18 U.S.C. § 2

Forfeiture Allegations

_____/

### Defendant's Acknowledgment of Indictment

I, Danny Jo Thompson, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea and that I have read it and understand its contents. I know that if I pled guilty or am convicted, I may be sentenced as follows:

**Count One – 18 U.S.C. § 922(a)(6)**
Not more than ten years' imprisonment, a $250,000 fine, or both

**Count Two – 18 U.S.C. § 922(o)**
Not more than ten years' imprisonment, a $250,000 fine, or both

**Count Three – 18 U.S.C. §§ 2 and 922(o)**
Not more than ten years' imprisonment, a $250,000 fine, or both

    I also understand that the court may impose consecutive sentences if I am convicted of more than one count.


_____
Danny Jo Thompson, Defendant

Dated: 7/1/21

1

## Acknowledgment of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty days of arraignment.

_____

Counsel for the Defendant

Dated:    4/1/21

2