AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| **United States of America** | ) |
| *Plaintiff* | ) |
| v. | ) Case No. **21-cr-20141** |
| **Danny Jo Thompson II** | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Danny Jo Thompson II**                                                                                       .

Date:     **4/5/21**

**/s/ Zack Glaza**
*Attorney's signature*

**Zack Glaza (P80036)**
*Printed name and bar number*

**920 Hoffman, Royal Oak, MI 48067**
*Address*

**zack@glazalaw.com**
*E-mail address*

**248.955.3803**
*Telephone number*

**248.206.5923**
*FAX number*