# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,
         PLAINTIFF,

V.                                    Case No. 5:21-cr-20141
                                      Hon. Judith E. Levy

DANNY JO THOMPSON II,
         DEFENDANT.

_____/


## <u>NOTICE OF APPEARANCE</u>

William C. Amadeo, of Ann Arbor Legal, PLLC, enters this appearance

as counsel for Defendant DANNY JO THOMPSON in the above matter.


**ANN ARBOR LEGAL, PLLC**


DATED: April 6, 2021              By**:   /s/ William C. Amadeo**

                                  William C. Amadeo (P76194)
                                  2500 Packard Street, STE 106
                                  Ann Arbor, MI 48104
                                  (800) 392-7311
                                  amadeo@annarboresq.com
                                  Attorneys for Defendant

<h1 style="text-align:center">**CERTIFICATE OF SERVICE**</h1>

I hereby certify that on this 6th day of April, 2021, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| | |
|---|---|
| **Hank Moon**<br>United States Attorney's Office<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226<br>313-226-0220<br>Fax: 313-226-2311<br>Email: Hank.moon@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: U.S. Attorney* | |

DATED: April 6, 2021                    **ANN ARBOR LEGAL, PLLC.**

By**:   /s/ William C. Amadeo**
William C. Amadeo (P76194)
2500 Packard Street, STE 106
Ann Arbor, MI 48104
(800) 392-7311
amadeo@annarboresq.com
Attorneys for Defendant