UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                              Case No. 5:21–cr–20141–JEL–APP
                                                Hon. Judith E. Levy
Danny Jo Thompson, II,

                    Defendant(s),

_____

## NOTICE TO APPEAR

   The following defendant(s) are hereby notified to appear:  Danny Jo Thompson, II

   The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

   • SENTENCING:  October 19, 2021 at 02:30 PM

   **ADDITIONAL INFORMATION:**    Sentencing Memoranda due on or before 10/12/2021

## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/W. Barkholz_____
                                   Case Manager

Dated:   June 14, 2021