UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                          Case No. 5:21–cr–20141–JEL–APP
                                            Hon. Judith E. Levy
Danny Jo Thompson, II,

                    Defendant(s),

_____

### NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Danny Jo Thompson, II

The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- SENTENCING:  November 2, 2021 at 10:30 AM

**ADDITIONAL INFORMATION:**    Sentencing Memoranda due on or before 10/26/2021

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/W. Barkholz_____
                                  Case Manager

Dated:  August 18, 2021