|  | AUSA: | Hank Moon | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: | Chelsea Williams | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

*closed*

United States of America

v.

Danny Jo Thompson II

**21-20141**

FILED USDC – CLRK DET
2021 SEP 30 PM 2:20

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Danny Jo Thompson II                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(a)(6) - false statement during purchase of a firearm
18 U.S.C. 922(o) - illegal possession of a machine gun
18 U.S.C. 922(o) & 2 - illegal possession of a machine gun, aiding and abetting

Date:     MAR 3 – 2021

_____
*Issuing officer's signature*

City and state:     ETROIT, MICHIGAN

LOLITA GRANGER          **DEPUTY CLERK**
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*  3/3/21 , and the person was arrested on *(date)*  4/1/21 at *(city and state)*  Ypsilanti, Michigan. |
| Date:  4/1/21                             _____<br>*Arresting officer's signature*<br><br>Chelsea Williams / SA<br>*Printed name and title* |

*Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA*