UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

     Plaintiff,     Case No. 21-cr-20141

vs.            Hon. Judith E. Levy

Danny Jo Thompson II,

     Defendant.

_____/

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:   Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

| *Add the following AUSA(s):* | *Terminate the following AUSA(s):* |
|---|---|
| Name: Adriana Dydell | NONE |
| Bar ID: (CA 239516) | |
| Telephone:(313) 226-9125 | |
| Fax: (313) 226-3800 | |
| Email: adriana.dydell@usdoj.gov | |

s/ADRIANA DYDELL
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9125
adriana.dydell@usdoj.gov

Dated: October 4, 2021       (CA 239516)