UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

              Plaintiff,           Case No. 21-cr-20141

vs.                           Hon. Judith E. Levy

Danny Jo Thompson II,

              Defendant.

---

## APPLICATION FOR ENTRY OF
## PRELIMINARY ORDER OF FORFEITURE

---

Plaintiff, the United States of America, applies to this Court for entry of a Preliminary Order of Forfeiture. In support of this Application, the government provides:

On March 3, 2021 the United States obtained an Indictment, which charges defendant Danny Jo Thompson II with: Count 1, false statement during purchase of a firearm in violation of 18 U.S.C. § 922(a)(6); Count 2, illegal possession of a machine gun in violation of 18 U.S.C. § 922(o); and Count 3, aiding and abetting the illegal possession of a machine gun in violation of 18 U.S.C. §§ 2 and 922(o). (ECF No. 1).

The Indictment contains Forfeiture Allegations, which provide notice that upon conviction of the firearms offenses charged in the Indictment, the defendant shall forfeit any firearms and ammunition involved in or used in, or intended to be used in, the knowing commission of the offense, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). (ECF No. 1, PageID.3-4).

On or about June 14, 2021, defendant pleaded guilty to Counts 2 and 3 of the Indictment. (ECF No. 15).

In the factual basis for the Rule 11 Plea Agreement, defendant agreed that, between approximately September 28, 2019 and October 2, 2020, he purchased an AR-style Sons of Liberty Gun Works Scalper model lower receiver (serial number 100-105211) from Gerbrand Defense knowing the essential characteristics of the firearm which made it a machine gun, successfully converted it into a fully functional machine gun, and fired it in fully automatic mode. (ECF No. 15, PageID.42). Defendant also agreed that he aided and abetted E.A., a convicted felon, in knowingly possessing an AR-style Sons of Liberty Gun Works Scalper model lower receiver (serial number 100-105250). Specifically, defendant acknowledged that he straw purchased the lower

receiver for E.A. from Gerbrand Defense knowing the essential characteristics of the firearm which made it a machine gun, worked with E.A. to successfully convert it into a fully functional machine gun, and was present when E.A. fired it in fully automatic mode. (ECF No. 15, PageID.43).

In the Rule 11, defendant agreed, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), to forfeit any interest he may have in any firearm and ammunition used or intended to be used in the commission of Counts 2 and 3, including, but not limited to a Sons of Liberty Gun Works, Scalper model lower receiver, s/n 100-105250 and a Sons of Liberty Gun Works, Scalper model lower receiver, s/n 100-105211 (ECF No. 15, PageID.51). For purposes of the requested forfeiture order, the property shall be described as:

- AR-style machine gun with Sons of Liberty Gun Works, Scalper model lower receiver, S/N 100-105250 seized from Black 2018 Ford F150 XLT, VIN 1FTEW1EP4JFE44111 (21-FBI-007282);

- AR-style machine gun with Sons of Liberty Gun Works, Scalper model lower receiver serial number 100-105211 (21-FBI-007237)

(together, the "Subject Property").

In the Rule 11, defendant expressly waived his right to have a jury determine the forfeitability of his interest in the Subject Property as provided by Rule 32.2(b)(5) of the Federal Rules of Criminal Procedure. (ECF No. 15, PageID.51).

In the Rule 11, defendant agreed to the Court's entry of orders of forfeiture of his interest in the Subject Property at or any time before sentencing. (ECF No. 15, PageID.51-52).

Federal Rule of Criminal Procedure 32.2 directs the Court to enter a Preliminary Order of Forfeiture ordering the forfeiture of property that it finds is subject to forfeiture in advance of sentencing, unless doing so is impractical. Fed. R. Crim. P. 32.2(b)(2)(A), (B). Because defendant is currently scheduled to be sentenced on March 15, 2022, it is appropriate for the Court to enter a Preliminary Order of Forfeiture at this time.

Under Federal Rule of Criminal Procedure 32.2(b)(1)(B), in determining the property to be forfeited, the Court may rely on "evidence already in the record, including any written plea agreement, and on any additional evidence or information submitted by the parties and accepted by the court as relevant and reliable."

Under Federal Rule of Criminal Procedure 32.2(b)(4)(A), the Preliminary Order of Forfeiture shall become final and effective as to defendant at sentencing. Any claims to any of the Subject Property filed by third parties shall be resolved under the procedures set forth in 21 U.S.C. § 853(n), as stated in the proposed Preliminary Order of Forfeiture submitted concurrently herewith. Fed. R. Crim. P. 32.2(b)(2)(A), (c).

Given that the defendant agreed in the Rule 11 to the entry of a Preliminary Order of Forfeiture incorporating the forfeiture of the Subject Property, there should be no objection to this Application or to the proposed forfeiture order. Pursuant to local Rule 7.1, undersigned contacted defendant's counsel, William C. Amadeo by e-mail to determine defendant's position regarding entry of a Preliminary Order

5

of Forfeiture in this case. Counsel has concurred in the entry of the order.

Based on the Indictment, the Rule 11 Plea Agreement, this Application, and the record in this case, and under 18 U.S.C. § 924(d) together with 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States requests that the Court enter the proposed Preliminary Order of Forfeiture, which will be submitted to the Court via ECF Utilities concurrently with this Application.

Respectfully submitted,

Dawn N. Ison
United States Attorney

s/Adriana Dydell
Adriana Dydell  (CA #239516)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9125
Dated: March 9, 2022          adriana.dydell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2022 the Application for Entry of Preliminary Order of Forfeiture was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the counsel of record for the captioned defendant as identified on ECF.

s/Adriana Dydell
Adriana Dydell
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9125
adriana.dydell@usdoj.gov